UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE COOPER,<br>        Plaintiff,<br><br>    v.<br><br>CURALLUX LLC,<br>        Defendant. | Case No. 20-cv-02455-PJH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

Pending before the court is defendant's motion to transfer and motion to dismiss. Dkts. 19, 30. Accordingly, the Case Management Conference is continued to September 10, 2020, at 2:00 p.m. Instructions for appearances will be posted to the docket prior to the conference.

The parties shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10. The parties shall file a joint case management statement no later than seven (7) days before the date of the conference.

**IT IS SO ORDERED.**

Dated: July 13, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge