**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
mtheriault@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**HOLLAND AND KNIGHT**
Shelley Hurwitz (SBN 217566)
shelley.hurwitz@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, California 90071-1503
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE COOPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURALLUX, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 4:20-cv-02455-PJH<br><br>**[CLASS ACTION]**<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION** |

Plaintiff Janice Cooper ("Plaintiff") and Defendant Curallux, LLC ("Defendant"), through their counsel (collectively, the "Parties"), hereby stipulate and agree to DISMISS the Second Amended Complaint filed by Plaintiff against Defendant. The Parties further stipulate and agree to dismiss Plaintiff's individual claims WITH PREJUDICE and to dismiss the putative class claims WITHOUT PREJUDICE. Except as otherwise agreed to by the Parties, each Party shall bear her and its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

DATED: February 23, 2021   **CLARKSON LAW FIRM, P.C.**

/s/ Ryan J. Clarkson
Ryan J. Clarkson, Esq.
Shireen M. Clarkson, Esq.
Matthew T. Theriault, Esq.
Zachary T. Chrzan, Esq.

*Attorneys for Plaintiff*

DATED: February 23, 2021   **HOLLAND AND KNIGHT**

/s/ Shelley Hurwitz
Shelley Hurwitz, Esq.

*Attorney for Curallux, LLC*

### ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 23, 2021   **CLARKSON LAW FIRM, P.C.**

/s/ Ryan J. Clarkson
Ryan J. Clarkson, Esq.

*Attorney for Plaintiff*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the Parties, IT IS ORDERED THAT Plaintiff's individual claims be dismissed WITH PREJUDICE and the claims of putative class members be dismissed WITHOUT PREJUDICE. Each Party shall bear her and its own attorneys' fees and costs. The Clerk is directed to close the file.

DATED:  February 24  , 2021



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE